IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CHATIQUA PERDUE,

      Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

Case No. 3:18-cv-156

District Judge Walter H. Rice
Magistrate Judge Michael J. Newman

---

**ORDER: (1) GRANTING THE PARTIES' JOINT MOTION FOR AN AWARD OF
ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT ("EAJA")
(DOC. 24); AND (2) AWARDING PLAINTIFF $5,300.00 IN EAJA FEES**

---

This Social Security disability benefits appeal is before the Court on the parties' joint

motion in which they agree that Plaintiff should be awarded attorney's fees and costs under the

Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, in the amount of $5,300.00. Doc. 24.

Based upon the parties' motion in which they present no dispute that all requirements are met for

the reasonable award of EAJA fees, the Court: (1) **GRANTS** the parties' joint motion (doc. 24);

and (2) **GRANTS** Plaintiff EAJA fees in the amount of $5,300.00. As no further matters remain

pending for review, this case remains **TERMINATED** upon the Court's docket.

      **IT IS SO ORDERED.**

Date: 1-2- 20

Walter H. Rice
United States District Judge